# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154968

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RALPH CARROLL WOODARD,
      Defendant-Appellant.

SC: 154968
COA: 334739
Jackson CC: 82-028811-FH

_____/

      On order of the Court, the application for leave to appeal the October 26, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0928

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2017



Clerk